# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| DANIEL MARQUES, ) | |
| ) | |
| Plaintiff, ) | Case No. 3:18-cv-228-MOC-DSC |
| ) | |
| v. ) | |
| ) | |
| BANK OF AMERICA CORPORATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

**THIS MATTER** comes before the Court on the "Motion for Admission Pro Hac Vice and Affidavit [for Apalla U. Chopra]" (document #6). For the reasons stated therein, the Motion is <u>granted</u>.

**SO ORDERED**.

Signed: May 29, 2018

David S. Cayer
United States Magistrate Judge