# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| DANIEL MARQUES, | ) |
| Plaintiff, | ) |
| | ) Case No. 3:18-cv-228-MOC-DSC |
| v. | ) |
| | ) |
| BANK OF AMERICA CORPORATION, | ) |
| Defendant. | ) |

## ORDER

**THIS MATTER** comes before the Court on the "Motion for Admission[s] Pro Hac Vice and Affidavit [for Burth G. López and Nina Perales]" (documents ##9 and 10). For the reasons stated therein, the Motions are <u>granted</u>.

**SO ORDERED**.

Signed: June 1, 2018

David S. Cayer
United States Magistrate Judge